UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarence A. Cripps,

    Plaintiff,                                  Civil No. 09-105 (RHK/RLE)

vs.                                          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
Owens-Illinois, Inc., General Electric
Company, Rapid American Corporation,

    Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 21, 2009

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge